# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 15, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

159709

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 159709
                                    COA: 340328
                                    Wayne CC: 17-000304-FH

CHRISTOPHER LOUIS SINDONE,
      Defendant-Appellant.

_____/

On January 7, 2021, the Court heard oral argument on the application for leave to appeal the April 11, 2019 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate due to a familial relationship with counsel of record.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 15, 2021

s0107

Clerk